DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GERALD SHIFLET,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2749

[October 25, 2017]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Elizabeth Anne Scherer, Judge; L.T. Case No. 80-5618CF10A.

David Jay Bernstein of David Jay Bernstein, P.A., Deerfield Beach, for appellant.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***